UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00241-WYD-PAC

ECHOSTAR SATELLITE, L.L.C., a Colorado Limited Liability Company;
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation; and
NAGRASTAR, L.L.C., a Colorado Limited Liability Company,

     Plaintiffs,

v.

DEREK GRESLER, an Individual;
REGINA GRESLER, an Individual;
FINAL APPROACH, INC., a Washington Corporation; and
JOHN DOES 1-10,

     Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on a review of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction over the Defendants (filed April 22, 2005).  Plaintiffs' response to the motion (filed May 27, 2005) makes a request for jurisdictional discovery in the event the Court has a doubt whether personal jurisdiction exists.  Defendants filed a reply to the motion to dismiss on June 20, 2005.

Thereafter, on August 5, 2005, Magistrate Judge Coan denied a Motion to Stay Discovery or in the Alternative Extend Discovery Deadlines filed by Defendants on July 29, 2005.  Thus, I assume that discovery has been proceeding in this case.  Based on that and in light of the passage of time since the motion to dismiss was filed, it is

ORDERED that the parties shall submit a written status report on or before **Friday, February 3, 2006**, addressing the following:

a. Whether Plaintiffs have undertaken any discovery that would allow them to more fully respond to the motion to dismiss and the status of such discovery. In the event such discovery has been undertaken, Plaintiffs shall file a supplement to their response to the motion to dismiss that addresses this discovery and the impact on personal jurisdiction on or before February 3, 2006.

b. If Plaintiffs have not undertaken discovery on the issue of personal jurisdiction, Plaintiffs shall provide an explanation as to why they have not pursued such discovery. The parties shall also address whether there is any reason the Court should not rule on the motion to dismiss as currently submitted.

Dated: January 24, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge