IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00241-WYD-PAC

ECHOSTAR SATELLITE, L.L.C. a Colorado Limited Liability Company;
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation; and
NAGRASTAR, LLC, a Colorado Limited Liability Company,

      Plaintiffs,

v.

DEREK GRESLER, an individual,
REGINA GRESLER, an individual,
FINAL APPROACH, INC., a Washington corporation, and
JOHN DOES 1-10.

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Consent Motion for Entry of Final Judgment and Permanent Injunction.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Consent Motion for Entry of Final Judgment and Permanent Injunction (filed February 1, 2006) is **GRANTED**.  In accordance therewith, it is

ORDERED that a Final Judgment and Permanent Injunction is issued separately today.  It is

FURTHER ORDERED that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction filed April 22, 2005, is **DENIED AS MOOT**.  Finally, it is

ORDERED that in light of the parties' settlement and the Final Judgment issued today, this case is **DISMISSED**, subject to the provision in the Final Judgment that the Court retains jurisdiction to enforce the Final Judgment and Permanent Injunction.

Dated: February 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge